```
JAMES ANTHONY MENOTTI
182 ROCKHILL TO LUMBERTON RD
PURVIS, MS 39475



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034


HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389



MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205



SHARON GROSE
P.O. BOX 875
CLEVELAND, MS 38732



VERIZON WIRELESS
ATTN: BANKRUPTCY
P.O.BOX 408
NEWARK, NJ 07101



WELLS FARGO
PO BOX 14517
DES MOINES, IA 50306
```